U.S. Appeal Court
D.C. Circuit
333 Constitution Ave. N.W.
Washington. D.C. 20001

Page 1 of 32

9-16-23

RECEIVED

SEP 26 2023

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

Tsunami Khan
(Chief) Col. Michael S. Owl Feather - Gorbey

vs.

Avery et.al.

22-5251

1:22-cv-02193-UNA.

## Appellant Tsunami Khan's Brief & Appendix

## Summary of Issues

Issue (1) Whether Appellant Has Alleged A Pattern of Conduct placing Him in imminent Danger of serious Physical injuries, based on His Allegations of individual incidents occurring before the Filing of the Complaint & before & After the Filing of the Appeal, such that He is Entitle To Proceed in forma Pauperas

Issue (2) Whether the Court should Accept As True Appellants Allegations of Danger Where the Government seeks To Rebute those Allegations With its own Evidence. see. e.g.
Asemani vs. U.S. Citizenship & immigration services 797 F.3d. 1069 (D.C. Cir. 2015) Noting That Courts Accept As True Allegations of Danger in support of IFP
see Also. Ashcroft vs. Iqbal 556 U.S. 662, 678 (2009) (quoting) Twombly 550 U.S. at 570 the Court Assumes the

## Points 4 Arguments

Issue (1) We believe its Evidently, clear, that in both of Gorbeys situations, Denial of Proper - Timely glaucoma, ophthalmology Treatment 4 or medical mariJuana 4 or Denial of safety Resulting in Physical Assaults, serious bodily inJuries 4 the Denial of medical for those serious physical inJuries which started At F.Bop facilities well before the Filing of the Complaint 4 Appeal 4 Continue Throughout 4 After the Filing of the, Complaint 4 Appeal 4 Actually Continue Today Now Some 6 (six) VI Concurrent F.Bop Facilities, Back to Back, that in the End All Target (the same identifiable Harms) only worsening At Each facility 4 Each Harmful Events clearly State A Pattern of Conduct. Placing Gorbey in Physical imminent Danger 4 or A Totality of Events that Add up to Create AN overall Effect that is unconstitutional 4 clearly satisfies 3/915(g) which Repeated Events Have only been Allow 4 Embolded by federal Courts misusing 4 Abusing 3/915(g) As A Categorical Prohibitive Financial barrier (to) Deny Gorbey Any 4 All Access To Court. such As Error Prior Rulings of ThB D.C. Cit. App. ct. in 18-5325

(a) Glaucoma
(i) owl feather-Gorbey - Tsynami Khan is A Monacan Native American Indian 4 Decendant from mongolia 4 china. Who worship Ancestral 4

on (A Daily basis) For Religious & Medical self
Healings. & Gorbey began smoking marijuana
At About the Age of 7. & when He Receive
This Error lengthy D.C. state sentence 2008-CF2-
-1552 & was Placed in the F.Bop & deprived of
marijuana 2008-2014 He develope glaucoma
As A Result. As His Eyes Had become dependant
on marijuana.

(2) Gorbey was Held At FCI Cumberland Md. in 2018 &
Denied marijuana & Any ophthalmology Care &
Had to File suit in the Md. Federal Court.
18-CV-2254 & 4027

yet. months (After) the Filing of suit. Gorbey
Was Eventually in 2019 sent to ophthalmology
For Alternative medications & treatment. where
single Eye scans show because of F Bop delays Gorbey
suffer 65% l-eye & 15% R-eye damage. see.
Exhibit (1) &(2) Copy of may 28. 2019 single Eye scans.

yet. ophthalmologist DR. stern maryland Vision
center seeing Dollar singn in A Prisoner skip Past
All Alternative meds & treatment such As Pills &
laser Treatments that (then) may Have Help Gorbey
to the most Expensive & threatful open Eye
shunt Procedure that threatens death. stroke.
Heart Attack. Paralisys. loss of Eye. Blindness
& A whole list of other serious Physical bodily
injuries & Requires Consent to Allow DR. stern
to Perform Any & All surgeries He Deems Necess-
-ary. & itself Qualifies As An imminent Danger
see. Exhibit (3) Copy of shunt Procedure Consent

The F.Bop Deny Gorbey All Further Treatment & ship Gorbey to south Carolia where He Had to suffer Prejudicial Delays Trying to obtain Treat--ment. While.

Initially the maryland Court Had granted Gorbey leave IFP $1915(g) on the Courts own Assessment. yet later Allow the Government to File Hundreds of Pages of Rebuttles to Revoke Gorbeys IFP status & the Court Did so in Error & Contributing to the Damages. While the 4th cir. U.S. Appeal Ct. Also Maliciously Abusing $1915(g) Error Claim on Appeals 19-6685 & 19-6694 That imminent Danger Apply Enough To Debit Gorbey For the $505.00 Appeal Fees x 2 = $1,010.00 yet. Did NOT Apply Enaf to Proceed in District Court. (To) Snatch All of Gorbeys Funds & Keep Him indigent & subject (To) $1915(g) & itself being An imminent Danger Denying Gorbey Any & All Access to Courts & started A Trend of Malicious Abuses of $1915(g) Knowingly subjecting Gorbey to serious Physical Eye Damages & A threat of total Blindness Which clearly satisfies $1915(g) see. Estelle vs. Gamble 429 U.S. 94. 107 (1976) Ibrahim vs. D.C. 463 F3d. 3. 7. (D.C. Cir 2006) Pinder vs. McDowell 619 F.Appx 565. 566-67 (8th Cir. 2015) Liner vs. Fisher 11-CV-6711. 2012 US Dist. Lex. 95599 at *13 (S.D.N.Y. July 11. 2012) Brown vs. D.C. 514 F.3d 1279 (D.C. Cir. 2008)

(3) Gorbey Arive At FCI Estill S.C. late 2019 & Had to get US senator Lyndsy O. Graham Envolved Just to get Treatment & Had to Re-file in south

Carolina Federal Courts 6:20-cv-116 TFA. PTG where

Eventually Gorbey was carry to Charleston. S.C.
medical center where specialists agree. The Md.
Recommended shut procedure was not necessary
& is an imminent danger & prescribed "Emergency"
laser surgery. yet. FCI Estill staff continue to
Delay Nurse Ulmer & the HSA Kept bumping Gorbey
Down on the surgery scheduling list until march
2020 A tornado hit the facility & required
inmate Evacuation. & yet. instead of F Bop
DSCC designating Gorbey to one of the other
3 Available medium level facilities in S.C.
in Accordence with His medical hold for schedu-
led "Emergency" laser surgery. They designated
Gorbey to USP lewisburg PA. Where He Again Had
to Re-File & start All over Trying to obtain
ophthalmology Treatment but see Exhibit(4) Copy of
an 5-27-20 Pennsylvania medical staff issue
A Report that delays in Treatment Had (caused)
Gorbey's glaucoma to Advance until He is Now
Subject to A Snuff-out-syndrome to Where
(Since Then) Any Physical Treatment Could destroy
Remaining good Retinal Tissue & Blind Gorbey
Even faster. yet medical staff fail to inform
Gorbey of this & He Did not Discover it until
(Months) later by FOIA medical Records Requ-
-est. While The South Carolina Court. Maliciously.
Abusing §1915(g) Revoke Gorbey's IFP Status
granted by The Magistrate Judge 0:20-cv-1116
JFA· PJG Arguing once Transfer. No Injunctive
Relief was Available & money Relief can Not
Address The imminent Danger & Revoke Gorbey's

IFP status & Dismiss the suit when Neither
Argument is Correct.

(a) Regardless of Gorbeys Transfer, The FBOP operates
& maintains some 8 medium & camp Facilities in
S.C. A Continuous & systematic Presence within the
Dist. which is more than sufficient to give Rise
to general Personal Jurisdiction over the FBOP
to Provide injunctive Relief.
Helicopters Nacionales de Columbia vs. Hall 466 U.S.
408. 414-15 (1984) &

(b) Money Damages would Deter Future similar
misconduct by the FBOP & save Judicial
Resources & would Remove Gorbey From His
indigent status & Need to Proceed IFP $1915g
so He may Promptly Access the Courts & thus
Cure Present & Future imminent Dangers.

(4) Gorbey Arrive At USP Lewisburg PA. 2020. & Had to
Re-File to get treatment & Eventually was
carry to Geisinger medical center where. 7-7-20
single Eye scans show Delays Had(Caused) the
Damages to Progress to 85% l-eye & 35% R-eye
threatning total Blindness see. Exhib I (5) +(6) copy
of 7-7-20 single Eye scans, showing Progressing Damage.
ON 7-20-20 Geisinger Perform l-eye laser & yet
Never iform Gorbey of the SNUFF-OUT- syndrome or
Ever Provided Gorbey Any information of Possible
side Effects while DR. Olson Caused Gorbey serious
Pain Applying too much laser
    some time later Gorbey Receive His medical
FOIA Request & Discover the SNUFF-OUT-

on Treatment side Effects & to Pre-Read the treatment consent forms. yet Lewisburg DR. Edinger & Geisinger DR. olson Argue they Did Not Normally Allow (Prisoners) to Review such info. & Refused Gorbey the information.

On 10-2-20 Gorbey was seen by ophthalmologist DR. Fassero who with DR. Pigus Agree the L-eye laser surgery by Geisinger was A (failure) & Pills & Drops Are not Helping Gorbey see. Exhibit (7) copy of that 10-2-20 Report.

Gorbey was then later taken back to Geisinger where DR. olson 1st Error Argue that the L-eye laser Had Amazingly Help (Both) of Gorbey's Eyes until Gorbey Expressly Argue she Had only laser the L-eye & she Eventually Consulted Her computer to Find This true she (immediately) switch up Arguing the R-eye is in Dire Need of laser surgery seriously Questioning Her motives & intent. So Gorbey Demanded information on Treatment side Effects & to Pre-Read the treatment Consent forms. which, DR. olsen (Refused) Gorbey so He Refuse to Consent. & yet. the FBOP then Refuse Gorbey Any Further Treatment & Again ship Gorbey. while, the Scranton PA. Fed. Court Also maliciously Abuse §1915(g) (to) Deny Gorbey Any & All Court Access. 3:20-cv-806 & 3:20-cv-1715 & others. & ship Gorbey to Beckley W.Va.

(5) Gorbey Arived At FCI Beckley W.Va. January 2021 & Again was Denied ophthalmology Treatment & Had to Re-File US Dist. ct. Beckley W.Va. 5:21-cv-91. ___ where imminent Danger was initially

Found in All 3 Cases.
 Gorbey Was Eventually Carry to, Beckley W.Va. DR.
Sadat Who, Agree He Was Not Qualify to Treat
(Gorbey's) Advanced Condition & Admit He Sadat
Had (Never Even Herd of) Any SNUFF-OUT-Syndrome
& yet Wanted to laser Gorbey's Eyes & itself
being An imminent Danger see.
ANCota vs. Prison Health Service INC. 769 F.2d. 700, 704
(11th Cir. 1985) medical care so Cursory As to Amount to
No Treatment At All, & Deliberate Indifference
 where. because of the substantial Threat of
Total Blindness Allowing unqualified DR. Sadat
laser Gorbey's Eyes. Gorbey Had No Reasonable
choice but to Refuse to Consent & the FBOP
Use That to Deny Gorbey All Further ophthalmology
Treatments some 18 more months Went by While
Gorbey Was Not Even given Routine Presure
checks. until He Was Again ship. & Serriously
Damaging His Eyes & threatning total Blindness
(6) ~~Gorbey Arive At USP Thompson, Illinois & Again Was~~
~~Deny Any ophthalmology care or medical matt~~
While Beckley Federal Court Relying on Government
Rebuttles the Court Allow Prison staff to snatch
& Gorbey Was never officially serve Any Copy of
& clearly Unable to Argue to. Revoke Gorbey's IFP
status yet knowingly left the 3 Debits for
$350.00 (Each) in, Place, total $1,050.00 (to) seize
Gorbey Eip Covid-19 Relief Funds (to) Keep Him
indigent & subject (to) $1915(g) & itself being
An imminent Danger. Denial of Court Access,
(6) Gorbey Arive At USP Thompson ill. & Again Was

Deny ophthalmology care some 9 months until
Facility medical staff got Gorbey's Eye Pressures
At Dangerous levels on 11-16-22 optometrist
DR. Tuhy Wrote.

(a) Single Eye scans show Extensive Retinal Damages
Due to (Poorly Treated) glaucoma. See. Exhibit (8).(9)
(10)(11) Are. 3D Wide (H) Glaucoma Reports & 3D Wide
Glaucoma Reports With VF Test Points (Hood Report)

(b) Severe & worsening Visual Field loss, Severe &
Worsening RNFL Thinning. Increasing & (Poorly
Controlled) Iop. Exhibit (12)+(13) Copy of THB Report.
Due to HB (DR. Tuhy) & others own Deliberate
Indifferences Denying Gorbey ophthalmology
For 9 months on top of 18 months Earlier.
He order (URgent) ophthalmology care set for
12-1-22 yet Gorbey never Receive that
Treatment & Again Was Ship

(3) Gorbey Arrive At USP Coleman 1 Florida. 12-27-22
& Was Not Medically Assess For HB 21 Day Exam
Upon Arrival Until 1-30-23. Where DR. h order
Both ophthalmology & optometry care. & yet Still
Today Gorbey Has Not been seen by any ophthal-
-mologist or optometrist. While illinois Courts &
Iowa Courts Slap Down Gorbeys suits claiming
He Fail to satisfy 1915 (g) illinois 22-CV-50160
- 50173, While the Iowa Court 3:22-cv-318
initially granted Gorbey leave. Later Rely on
Government Rebuttles to Revoke His IFP Status.
Gorbey Filed in Ocala Florida Fed. Court. & 1st
the Court summary slap Down The suit Telling
Gorbey to Refile 23-cv-241-BJD-PRL claiming

Gorbey seeking To Proceed I FP 31915(g) & informing
the court of Prior Denials (This Not Enought To
inform the court of His Filing status. So. He
Refiled. Appeal To the 11th cir. 23-11850-J That
(still Today) Has never been Process. 4 He Re-filed
suit 22-cv-429, 440, 4 459. The court Also
summary slap Down Arguing Gorbey fail To
show How ophthalmology or medical Marijuana
Could Help Him. clearly Error Applying §1915(g)(To)
Deny Gorbey Any 4 All court Access. When Gorbey
only need show That Denying Him ophthalmology
4 Marijuana Threatens Him serious Physical
Harm! see.
Gibbs vs. Cross 160 F.3d 962 966-67 (3rd cir. 1998)
Prisoner need Not Alleged Actual Harm. He or
she only need Allege facts That Could (Result in)
serious Physical Injury or Death. see Also,
Abdul-Akbar vs. Mckelvie 239 F.3d 307 (3rd cir. 2001)
Asemani. vs. US. 797 F.3d 1069 (D.C. cir 2015)

where because of This Repeated Pattern of
Misconducts At 6 (six) VI Back To Back FBOP
Facilities, its been (30 months) since Gorbey
Has Even been Examine by Any ophthalmologist
4 He suffers (Now) 98+% L-eye 4 68+% R-eye
Damages 4 A Threat of Total Blindness
Ibrahim vs. DC. 463 F.3d 3.6. (D.C. cir. 2006)
4 Thus clearly satisfying §1915(g) while Any
Physical Treatment could blind Him Faster Except Marijuana
where An important Factor is (All) of These

A single Identifiable Harm & May & or should
be consider by the Court. see. Advancing glaucoma.
Wilson vs. Seiter 501 U.S. 294 (1991)
    The supreme Court Has Found Constitutional
violations where, multiple conditions Add up
To Create A single Identifiable Harm. see Also
Palmer vs. Johnson 193 F.3d 346 (5th cir. 1999)
Certain conditions that Alone Do Not Add up
To be unconstitutional. Together Add up To
Create AN overall Effect that is unconstitutional
see. Also. Martin vs. Shelton 319 F3d 1048, 1050
(8th cir. 2003) Pattern of Misconduct satisfying
§ 1915 (g) & see Repeated Advancing glaucoma & A single
Personal medical (Need) For Marijuana!
    Therefore clearly in Answering the Question
of the Court this issue satisfied § 1915 (g)

(6) Physical Assaults & Denials of medical.
    (1) IN 2012 AT FCI Otisville N.Y. Gorbey suffer serious
w. schnider    (Head) R-Wrist. & R-Knee injuries being slam & mull
+ others    on A Hard shu floor by 3 staff members while
    Gorbey was Cuff - Belly chain & Not Resisting. & The
    New York Courts slap Down Gorbeys Petitions
(2) IN 2015 AT FCI Edgefield s.c. Gorbey suffer
    more (Head) injuries being punch in The Head by
    Lt. Atkinson. when snatching Gorbeys Religious
    bandana off His Head Discriminating while
    Again Gorbey was in shu Cuff & Not Resisting
    & yet The Columbia s.c. slap Down Gorbeys suit &
    Debited His Account For The Filing Fees.
(3) IN 2017 Gorbey was At USP Lee & Lt. Avery &

others. The (same) "Avery" Listed in This Suit 4
Appeal. Housed Gorbey with A known violent
Neta gang member 4 let the inmate physically
Assault Gorbey Fracturing Gorbey's Ribbs 4 more
4 Deny Gorbey Medical. Where the Roanoke VA. ct.
Found imminent Danger to Apply 7:17-cv-192 yet.
1st later impeded the suit because Gorbey indigent
(Could Not) Produce Prisoner Trust Account statement
FBOP staff Refuse to Provide. 4 then (later) and
Re-open The Suit (without) informing Gorbey 4
Re-Dismiss because Gorbey Had Not Continuously
(For years) Notify the Court of His change of
Address in A closed Case! clear Proof of 4th
Cir. impedings of Prisoner Complaints 4 Abuses
of $1915(g) (to) Deny Court Access.

(3) In 2018 Gorbey was physically Assaulted by
inmates At USP Hazleton Wuvor. With locks on
belts Causing Gorbey serious face 4 (Head) injuries
4 was Deny All Medical. while, the Clarksburg wva
Fed. Ct. 18-cv-324 Misapply $1915(g) At The Time
of Consideration instead of At The Time of
Filing. Deliberately Prolong until Gorbey Transfer
4 then slap Down His suit.

(4) In 2019 At FCI Cumberland md. Gorbey was Again
Attack by inmates with locks on Roaps. 4 yet
when Gorbey use only the Force necessary to
Exit the cell (while) Cameras show unit staff
Watching 4 Fail to Keep Gorbey safe 4 (Gorbey)
Reported it to the Lt. office. Staff Abuse,
Discipline (on Gorbey) Falsifying Records
(to) Convict 4 take His good Time Report # 3287668

Code (201) Fighting Arguing The F. Bop Does Not Honer
Any Form of Self Defense Even When Staff Fail
To keep Gorbey Safe. Arguing Gorbey is obligated
(To) suffer the serious physical injuries or death
& itself being an imminent danger. yet the Md.
Fed. Ct. Misusing 31915(g) summary, slap Down Gorbeys
suit Gorbey vs. HUFF. & the 3rd Cir. Scranton
Court later Error Deny Gorbey Habeas Relief
3:20-cv-1150 The 3rd Cir. Affirm in Error on
Appeal. 21-3082 Taking 27 days of Gorbeys good Time

(5) In 2020 At Fci Estill S.C. Cameras show some 4
inmates Enter Gorbeys Cell To Assault Him (White)
Unit Staff (Gorbey Had Just wrote up one week
Earlier for other misconducts) Stood & watch + fail
To keep Gorbey Safe. & yet staff only wrote Gorbey
up. Again Abusing Discipline Code (199) 3379061
Gorbey was move To Pennsylvania &(multiple) Due
Process Rights were violated.

(a) No PA. UDC was Conducted As Require by Policy
That Each (Warden) Afford Due Process & thus
Any UDC in South Carolina was irrelevant &
Gorbey was not given opportunity To select
Another staff Rep. or given 24 Hour Notice of
The (PA) DHO Hearing.

(b) Gorbey was Denied His chosen staff Rep & not
given opportunity To select Another one. &
Staff Appointed A Mr. King who openly (Refuse)
To perform staff Rep Duties Arguing He only Had
To Stand beside Gorbey At DHO. violating 541.8.

King to Evidence
Refusal
Collect witness + Abilities statements

(c) DHO chambers violated Impartiality Exparte

Gorbey Defense Witnesses. While lying About the staff Rep.
(d) The investigating Lt. Sheffield Admitted (He) never
investigated, Never Reviewed The Cameras &
Never Question Any others involve clearly All
simply Abusing Discipline to Retaliate For
Gorbeys Filings &

(e) SIS Lt. Estily inform Otto chambers Cameras
(shaw) several other inmates involved & SIS
USP lewisburg Identified Atleast 2 of those
inmates Who Assaulted Gorbey That Day 3-16-20
& yet. Otto chambers Deliberately sanction
only Gorbey 90 Day D.S. 1 year loss All Privileges
& 41 Day loss good Time & The Bias scranton
Fed. Court slap Down That Habeas As well
3-20-CV-1364 & the 3rd cir. clowns Affirm 21-3081
being A clear Farce & mockery of Justice & clear
miscarriage of Justice While Gorbeys imminent
Danger suit 3-20-CV-806 Was Also slap Down.
Fed. ct. scranton. PA. openly denying Gorbey Any &
All Access to Courts.& more (Head) Injuries Accure.

(6) IN 2021 At FCI Beckley Wva. on 8-9-21 Gorbey
Was power slam by several staff Williams. Whit
Foren. Krowford & others on A Hard shu floor
While Cuff in back & not Resisting. (Causing)
serious (Head) (Neck) Back. L-Arm. L-Elbow. L-Wrist
R-Hand & thumb Fractures & nerve Damage.
Staff Lt. Forren. Co-(Aka, Red Beard) & others
Trash Gorbeys sick-Calls For weeks & Then on
8-24-21 Gorbey Cought Beckley FCI DR. Edward
Doing shu chronic Care visits & Flag Him Down

order x-Rays & Treatment & medications. yet,
weeks more went by & on 9-10-21 medical staff
Mr. Tilley try to force Gorbey to sign medical
Refusals at threat of more staff Assault on
Gorbey if He Refuse to sign. yet. Gorbey Did.
Refuse to sign & Demanded His x-Rays & Treatment
& tore up the Refusal forms. yet. then Tilley
went back to medical & He & Nurse Mrs. King &
Another, Falsified Refusals (to) Deliberately
Deny Gorbey Treatment. yet. Gorbey Continue
to File & seek Treatment & Neck x-Rays. 6
months later show injuries & Require an
MRI Gorbey Never got. While R-Hand x-Rays 9
months later show untreated Fractures. & yet. the
Beckley W.Va. Court Continue to slap Down Gorbey's
Suits Abusing 5/915(g) to Deny Gorbey Access. & Gorbey
was Transfer to Usp Thompson. Ill. 2022.(in Error)

(>)(a) In 2022 Gorbey At Usp Thompson. Was Confronted
by Capt.(Avery) once Usp lee Lt.(Avery) Who immed-
-iately started subjecting Gorbey to Adverse Housing

(b) From About 6-9-22 to 6-24-22 (Avery) & others
left Gorbey in unit 602 cell 002 With mentally ill
seriously violent inmate Howalsyk Hitting Gorbey
Almost Daily. Gorbey Personally Handed (Avery) An
Emergency Complaint & Request for P.C. & safety
yet.(Just like At Usp lee) Avery Handed Gorbey the
Complaint back & left Gorbey to suffer the physical
Assaults & serious (Head).(Neck) Back & R-Hand
injuries where (Avery) smartly stated that if
Gorbey Did not Like His celling Arangement Gorbey

Case 6:23-cv-... Document #23 Filed: 09/26/2023 Page 15 of 34

(c) Co-Dals. Schwartz, Smith. House, Grunwald. Casy, Templeton & others Also Repeatedly only laugh At Gorbey's P.C. Requests or instigated Further Physical Assaults by Adjutating mentally ill inmate Kowalsyk. see.

Cantu vs. Jones 293 F3d.839, 844-45 (5th Cir. 2002) Defendants were liable & not Entitle to immunity where they Essentially orchestrated the Assaults.

Pavlick vs. Mifflin 90 F.3d. 205, 208-210 (7th Cir. 1996) Affirming Damages based on Evidence that officers Actively Aided the Assault or At least permitted it.

Boyce vs. Fairman 24 F.supp. 2d. 880, 284-886 (N.D. ill 1998)

Hill vs. Godinez 955 F.supp. 945, 949 (N.D. ill 1997) Deny P.C. Allowing Attack. Deliberately Indifferent

Mayoral vs. Sheahan 245 F3d 934, 940 (7th Cir. 2000) Evidence tear officer brush off Request For P.C. suggests Deliberate Indifference.

(d) While Gorbey was Deny Any Medical Exams or Treatment by Nurse Rost & others for these Repeated Kowalsyk Assaults

(e) On 6-28-22 (Avery) Had Gorbey moved in with yet Another mentally ill seriously violent inmate Riggs & on 7-13-22 Co-Dals & others Held Gorbey in Restraints outside His Cell & Let inmate Kenny Ray spil A large spray of Fluids in Gorbey's Face, seriously Conserning in Times of Covid-19 & Monkey Pox. Where Gorbey was sick For weeks & was Deny Any medical Treatment While that same Day 7-13-22 Co-Dals & others let inmate Riggs Hit Gorbey in the (Head) Deny Gorbey medical & Refused Him P.C.

(F) On 8-26-22 (Avery) & SIS Staff Directed inmate Riggs Jose to Repeatedly Assault & murder Gorbey For 2 Days

later inmate Riggs Attack Gorbey. Kick Gorbey in the
R-side & Hit Gorbey several times in the (Head) with
something in His Hand. Causing Gorbey More serious
(Head) injuries, & Aggrevating the Already Existing
serious (Neck) injuries, while Riggs. mentally ill was
yelling if Gorbey Did Not get out the cell He Riggs Would
Kill Gorbey. & Gorbey Press the cell Alarm some 5 Times
To No Avail & Try to obtain safety From Range staff
Co-Ibinez who Also ignore Gorbey's pleas. see.
velez vs. Johnson 395 F.3d. 732. 736 (7th cir. 2005)
Hart vs. sheahan 396 F.3d. 887. 894 (7th cir. 2005)
Ignoring cell Alarm or Request For safety is deliberate
indifference see Also. Morgan vs. D.C. 824 F.2d 1049.
1058 (D.C. Cir 1987) obvious Risk to safety.
Gorbey Had to Jack the Tray slot to get Attention. yet
#1. Mrs. Graham Argue to leave Gorbey in with Riggs
& let them Fight it out While Co-Dols Argue it was
Time For Gorbey to learn to Fuck or Fight. & Eventually
The inmates Were Remove From the cell only to Have
Co-Dols tell inmate Riggs He Dols was Having Riggs &
Gorbey put back in the cell & Riggs better Fuck Gorbey
up. & Co-Willas & Another then put Gorbey & Riggs
back in the cell together & Remove only Riggs cuffs
& let Riggs Hit Gorbey in the (Head) 2 more Times
While Co-Willas & Dols Argue thats what sex offenders
get At usp thompson When Gorbey is Not A sex offender
(9) Gorbey was move to 603 cell 036 Where He immediately
press the cell Alarm For medical twice to No Avail
While Gorbey suffer visible serious (Head) injuries &
The serious (Neck) injuries Repeatedly Aggrevated

An MRI to Determine the extent of those injuries
while eventually or with any next Blow Could Paralize
Gorbey & yet for weeks more Gorbey's sick-calls were
ignore by several medical staff.

(h) On 8-30-22 Co-Dols Try to Force Gorbey back in a
cell with Riggs & Abuse Discipline on Gorbey for
Requesting P.C.

(I) On 8-30-22, 8-31-22, 9-1-22, 9-6-22 Gorbey
submit sick-calls & yet Co-Spenscer was Directing
medical staff to ignore Gorbey's sick-calls & Nurses
Mrs. Schlwoitz & Mr. Doss Did Just that

(J) Eventually some 16 Days later Gorbey was seen by R.N.
Mrs. D. Heinsen who Recorded Possible Concussion.
Fracture upper R-Jaw. Busted R-ear leaking
Blood & Fluid & serious swelling & Bruizing. yet
No Treatment was Ever Provided 9-11-22 or After.

(K) Some 3 more Times staff Try to Force Gorbey back
in cells with inmate Riggs a Known Assailant & on
12-1-22 Co-Whitley & Fulmer took Gorbey to H-Unit
cell 007 & Try to Physically Force & lock Gorbey in the
cell with inmate Riggs. Where. Here its the mental &
Emotional strain & stress of staff Physically Trying
to lock you in & leave you with a known Assailant
mentally ill seriously violent inmate in on murder
charges & Having stabb Another inmate Repeatedly.
As well a list of other violent & mentally ill Reports
see. Morgan vs. D.C. 824 F.2d 1049, 1058 (D.C. Cir 1987)
obvious Risk to safety. see Also. see Exhibit (4)(a)(b) 9-11-22 Doc.
Hill vs. D.C (8-17-2017) 867 F.3d 138

A Plaintiff may Recover for Negligent infliction

- Panino Physical injury, if the Plaintiff was in the zone of Physical danger & it was caused by Defendants Negligence & caused fear to His or Her own safety regardless of Whether plaintiff Experiance A Physical impact As A Direct Result of Defendants Negligences

(L) On About 11-22-22 Gorbey saw PA. marsh & Reported All These (Head). (Neck) & other injuries. Yet. PA. marsh Fail to Do Anything Helpful For Gorbey. Also Deny Him An MRI & only Prescribe 25 mg. Elevil (Antitripioline) Which Provides No Assistance For serious Pain or Never Damage see Exhibits (14)(a) To(c) The 9-11-22 medical Report by R.N D. Heinsen & Exhibit (15) Copy of PA marsh 11-22-22 medical Report. see Also. Exhibit (16) Copy of 7-13-22 Physical therapy Report showing Extensive Restricted movement & loss of strength in Gorbey's L-Arm & Neck Due To Staff & inmate Physical Assaults & Then Gorbey Was ship to USP Coleman " Florida.

(M) 1st FBop DSCC staff Error Designate Gorbey to the seriously violent (smu) USP Thompson Falsifying (smu) Referral Papers Alleging Gorbey 51 years old Was only 25 years old & His Non-violent FBop Discipline charges Threaten Everyones lives When (smu) Placement is For Recognized Disruptive group or gang members who Cought serious 200 or 100 level charges or Took Part in group Demonstrations that Threaten the security of A facility see. P.S 5

2nd FBop DSCC staff Knowingingly Error Designate Gorbey to USP Coleman 1 Where He Was prior ly AT in 2018 in Their (RHU) P.C. Program & Cannot Walk G.P. (Both) of these Error Designations by DSCC Are clear

standing Alone satisfy §1915(g) see.
<u>Ross</u> vs. <u>United states</u> 691 F.supp. 368, 372 (D.D.C. 1986)
<u>Gartrell</u> vs. <u>Ashcroft</u> 191 F.supp. 2d. 23, 39 (D.D.C. 2002)
while Gorbey suffering Repeated 8th Amendment
Denials of Medical & Physical Assaults overcomes
Any Discretionary Function FBOP DSCC May Have.
<u>Keller</u> vs. <u>United states</u> 771 F3d 1021 (7th Cir. 2014) & yet
illinois courts Repeatedly Deny Gorbey Access
Gorbey Arrived At USP Coleman' 12-27-22 & immediately
inform intake SIS & Unit Team staff of His Prior
(RHU) Placement & Threat to His safety & yet staff
ignore the Threat & order Gorbey to G.P.'

(N) Gorbey went to G.P. As order & on March 27.23
A.M. chow Hall Cameras show multiple inmates
Mobb Around Gorbey Threatning Him with serious
Physical Assault or Death if He Does not Pay
Extortion money.
Gorbey Reported to the Lt. office & sought P.C. &
Completed the SIS work sheet clearly listing the
inmates involved & listing A specific Threat.
yet. SIS staff Refuse to Even Review Cameras
& only went to the inmates Threatful to Gorbey &
Ask them if He Could Return to G.P. (Knowing)
(Those inmates) Wanting to Continue Extorting
Assault or Kill Gorbey would say yes! & then Sis
use that to close Gorbey's Threat Assessment &
Deny Him P.C. & begain issuing Gorbey unJust
incident Reports 3757330, 3770981 & 3782610 & Taking
27 more Days of His good Time while they House
Gorbey with yet more seriously Violent mentally ill

USDC Case #22-3221, Document #2010291, Filed 09/25/2023, Page 20 of 34

Assaults

(O) In June 2023 staff place Gorbey in with inmate (AKA)
(Chucky) Another (known) violent Neta gang member
with violent criminal charges & some 50 (Fifty)
violent & Disruptive FBop infractions & in July
(Chucky) began Physically Assaulting Gorbey 7-5-23
Gorbey Filed An "Emergency" 48 Hour Bp9 warden level
Complaint yet staff took no Action to keep Gorbey
safe. & let (Chucky) Continuously Hit Gorbey in the
(Head) (Neck) Back & Arms. 7-5-23, 7-6-23 & 7-9-23)
Gorbey Filed A Bp8 on 7-6-23 & yet Captain sookoale
Responded staff list Gorbey & Chucky As Compatable
on Paperwork so its ok if Chucky is Assaulting him
openly Denying Gorbey safety. see.
Farmer vs. Brennan 511 US. 825 (1994) Reasonable safety
Hellings vs. McKinney 509 U.S. 25, 33, (1993) (quoting)
DeShaney vs. Winnebago County 489 U.S. 189. 200 (1989)
Morgan vs. D.C. 824 F.2d. 1049. 1058 (DC. Cir. 1987) obvious
Risk To safety.

(P) staff USP Coleman' Then Place Hostile & Aggressive
inmate J. Wingfield in Gorbey's cell & staff Repeatedly
Abuse Discipline. cell searches. & Placement on
Paper clothes on Gorbey & Wingfield for all of
Wingfields misconducts see. For Example Report
3813889 Code (113) For (Wingfield) Possessing Suboxone
He Horded From the (MAT) Program While Gorbey was
At A legal Call & Not Even in the Cell. yet Recieve
An incident Report, see Exhibit (17) Declaration by
inmate J. Wingfield. 9-7-23.

(Q) inmate wingfield left & went Home 9-8-23 leaving
(Gorbey) To Face the incident Report & staff then

On 9-8-23 moved mentally ill seriously violent inmate Gary in Gorbey's cell.

Gary was in shu cell A-112 & was moved 9-8-23 (For) Physically Assaulting His celly, & yet staff Lt. Harr & #1 Martin Deliberately moved Him in With Gorbey, & Gary began Physically Assaulting Gorbey Hitting Him in the (Head)(neck) Back & Arms.

On 9-11-23 Gorbey Filed An "Emergency" Bp9. To the warden 1175575-F1 Staff Error Rejected on 9-14-23 Telling Gorbey To File A Bp8 when FBop Policy 1330.18 Allows inmates To File "Emergency" Bp9 on Safety & medical & No Bp8 informal process is Required. While the Rejection Forces Gorbey To Suffer The Physical Assaults. Morgan vs. D.C. 824 F.2d.1049.1058 (D.C. cir. 1987) obvious Risk To safety

On 9-13-23 Gorbey Did File A Bp84 yet To date that Has Never been Answer & Continuing To Force Gorbey To suffer The Physical Assaults & injuries.

On 9-13-23 At walk Through Gorbey Personally Complain To Capt. Sookdale & Requested P.C. To No Avail & Gorbey Personally Handed Warden Withers A Cop-out Requesting safety The Wardens secretary Scan on Her Cell Phone & Email To SIS & yet Gorbey is still in the Cell With Gary suffering Physical Assaults. & Continuing To satisfy §1915(g)

F.Bop Prison Staff Are Abusing Powers in Two Ways.

(1) They Are Misusing Gorbey with these mentally ill

Without A serious Fight starting. Using Gorbey
without His Consent 4 against His will To babby
sit These ill 4 violent inmates because (Gorbey)
wont Assault them. yet. staff Are Continuously
subjecting (Gorbey) to Physical Assaults 4 the
(mental strain) of being with People who Bug
out 24/7 yelling. slamming. banging, Playing
with urine 4 shit, Filthy At Hours of Day 4 night
4 (Gorbey) Cannot get 3 Hours of Decent sleep 4 is
in such loud noise Environment All Day 4 night
with inmates that At Any given Time Spaz out
4 Hit. which is Extremely Hard To Avoid in A
6 x 11 Confine cell. 4 There is the (Threat of Death
by A Bugged out inmate when Gorbey Does sleep.
while These spontainious (Hittings) cause New
(Head) (neck) Back, Arm 4 other Physical injuries
4 seriously Aggrevate those Already Existing 4
Never Treated. A (Conscient) subHuman Condition
(2) staff Are misusing such Placements with the
Evil intent (to) cause Gorbey Physical 4 mental
Harms. LT. Harr was bold Enough To stop by 4
laugh 4 ASK Gorbey How He is Enjoying His new
celly. 4 Proof its All intentional. 4
All This is going on locally 4 (Presently) while the
local ocal Court Slaps Down Gorbey's suits Also
Abusing §1915(g) see. 5:23-cv-241. BJD-PRL.
5:23-cv-429-wif-PLR. 5:23-cv-440, 5:23-cv-
459-wif-PRR. while (Both) The ocala Dist. ct 4
11th cir. App. court impede Any Appeals Gorbey
got one Appeal Docketed in June 2023 23-11850-J
That still in (4 months) Has went no where 4 3 other

Appeals Gorbey Filed 8-8-23 Have Not yet been
Process & Thus The local Federal Courts Are
Knowingly with Deliberate indifference letting
All This Happen & Continue While They Let Prison
Staff Repeatedly Reject & Return To Sender
Gorbey's incoming legal & personal mails & they
(snatch) & impede Many of Gorbey's outgoing legal
& personal mails For instance see. 2022-0410-0000-
-6629-0353 sent To Turkish Consulate Certified mail
stamp Receive by usp Coleman' mailRoom staff 7-27-23
yet still today Having No Record in usps Tracking &
(Proof) Their snatch mail International mail no less.
& see. 2022-0410-0000-6629-1392 To The U.S. Senate
Judiciary Committee Receive by usp Coleman' mail
Room staff 8-8-23 & yet still today Having No
info For Tracking in usps Tracking system & Again
(Proof) mails Are being snatch. While Recently Gorbey
Has been inform by Atlanta Ga. Dist. ci. Charlestons c.
Dist. ci. 4th cir. Federal Courts. & D.C. Federal & Superior
Court That Pleadings Gorbey Has sent never made
it To The Courts (Causing) Prejudicial Damages
To Gorbey & Denying Him Court Access. Which
itself IS AN imminent Danger AS iT Quashes Any
Ability Gorbey may Have To seek Redress & Abate
Damages & injuries, see Exhibit (18) Certified mail slips
2022-0410-0000-6629-0353 & 2022-0410-0000-6629-1392
While Again These (Repeated) Physical Assaults
& Denials of medical Resulting in injuries To
Gorbey's (Head) (Neck) (Back) (Arms) & (Hands) &
Then The injuries Are Progressing & Aggrevated
(Repeatedly) & Thus Add up To be A single Identifiable

Harm. 4 Thus satisfying § 1915(g) see.
Wilson vs. Seiter 501 U.S. 294 (1991) see Also.
Palmer vs. Johnson 193 F.3d 346 (5th Cir. 1999)
Totality of Events being unconstitutional. see.
Martin vs. Shelton 319 F3d 1048.1050 (8th Cir. 2003)
Pattern of misconducts. see. Also.
Lewis vs. Sullivan 279 F.3d 526. 531 (7th Cir. 2002)
Applying § 1915(g) chimerically makes i t A Cruel Joke
on Prisoners see. Also
Asemani vs. US Citizenship 4 immigration services
797 F.3d. 1069 (D.C. Cir 2015) (Citing)
Williams vs. Parama 775 F3d 1183. 1190 (9th Cir. 2015) 4
Chavis vs. Chappius 618 F.3d. 162. 170 (2nd Cir. 2010)
see Also Exhibit (9) FBP good Time Data sheet showing losses.
4 Therefore. clearly in Both instances With Gorbey's
untreated Advancing glaucoma 4 the Repeated
Physical Assaults 4 Denials of medical Gorbey
suffers it is Prudent For the Court to Review
4 Consider All Facts before, During 4 After
the Filing of this suit 4 Appeal Which Relate
To the totality of the Events 4 A single identifiable
Harm. (Especially) subsequent Events that Are
Related 4 Threaten Future Harms!
28 USC § 1915 (g) Twombly 550 U.S. at 570

issue (2) Question 2 should be An Easy Call For Anyone
Reasonably minded AS stated in many Case laws
Such As Asemani vs. U.S. 797 F.3d 1069 (D.C. Cir 2015)
Courts liberally Construe 4 Accept As True Prisoner
imminent Danger claims Where 28 USC § 1915 (g)
itself states that No 3. strike prison shall be

Afforded leave to proceed unless He or she states
an imminent danger (At the time of filing)
§1915(g) Does Not state nor would or could it
lawfully Allow the Court to Rely on Government
Rebuttes to §1915(g) clarms As then you Have
the Prisoner Fighting the Government with All
its Resources. While He or she indigent, inshu
or other Extreme Conditions (JUST to) Access
the Courts, Placing A Nearly impossible Hurdle
that listed Here Has Repeatedly unusually Deny
Gorbey Access to Courts (Causing) Him Damages.
He (would & should) otherwise Have been Able to
Avoid. & thus Denying Him Access to Court.
In re Green 669 F2d 779 (DC Cir. 1981)
Applying §1915(g) Categorically or Relying on
Government Rebbuttes Denies Gorbey (Any & All)
Access to Court implementing §1915(g) As A clear
Prohibitive Financial barrier. see Also
Broudy vs. Mathers 460 F.3d 106. 117. 120-21 (DC Cir 2006)
(Citing) Christopher vs. Harbury 536 U.S. 403. 413 (2002)
lewis vs. Casey 518 U.S. 343. 355 (1996) Court Access
California motor Transport Co. vs. Trucking unlimited
404 U.S. 508 (1972) Access to Court is Part of the
Right to Petition Protected by the 1st Amendment
Boddie vs. Connecticut 401 U.S. 371 (1971) Access to
Court is Protected by the Due Process clause & it
Requires meaningful Access. see. Also.
Chambers vs. B+O Rail Road Co. 207 US. 142 (1907)
Access to Court Protected by the 14th Amend.
Due Process & Equal Protection clauses.

USCA Case #23-5257    Document #2070931    Filed: 09/26/2023    Page 26 of 34

Just to Access the Court is Forcing Him to Win His suit (twice) placing yet Another nearly impossible Herdle on top of Summary Judgment & Motions to Dismiss we Have to Fight impossible odds Just to Access the Court When it (Causes) PreJudicial Delays & often out Right Denial of Court Access, When the supreme Court Rule that §1915(g) is Design to Provide (Fast & speedy) Access to Remedal Statutes such As the F.T.C.A. BiVens & 1983 see.

Bruce vs. Samuels 136 S.Ct. 627 (2016)

Like (Here). This suit & Appeal was Filed in 2022 & yet Here its Nearly 2024 & Gorbey is still Fighting (Just to) Access the Court & Has suffer A list of (Additional Damages) & Dangers because of the Delays Which Continue Progressing, that, He (should Have) been Able to Abate or Avoid by His initial Filing see. Lewis vs. Sullivan 279 F3d 526. 531 (7th cir. 2002) Applying §1915(g) chimerically Makes it A Cruel Joke on prisoners & Forces them to suffer Physical inJuries they seek to Avoid. Lewis 279 F3d. at 531 see. Also. Ashcroft vs. Ichal 556 US 662, 678 (2009) & Twombly Gibbs vs. Cross 160 F.3d 962, 966-67 (3rd cir. 1998)

A prisoner Need only Allege Facts That (could) Result in serious physical inJury or Death.

No Actual inJury Need occur & He Does Not Need to Fight Government Rebuttles. As (the court) May only Review What the prisoner Alleges At the Time of Filing. & to Do otherwise is clearly An Abuse & misApplication of §1915(g) & Places An Extremely High Burden on the prisoner. see. Ciarpaglini vs. Saini 352 F3d 328 (7th cir. 2003) §1915(g)

Considerations is Not the Proper vehicle For determining the merits of the suit. see Also.

Erickson vs. Pardus 551 U.S. 89.94 (2007)
Courts Are to liberally Construe 4 Accept As True Prisoner Filings see. Also.

Haines vs. Kerner 404 U.S. 519 (1972)
Pro-se Pleadings 4 complaints However inartifully Pleaded. must be held to A less stringent standard Than Formal Pleadings drafted by lawyers. They Are to be liberally Construed 4 Accepted As True.

We Cannot Fullfill that goal when Relying on Any Government Rebuttle! For then he or she must Plead 4 Re-plead His (Allegations) Related to imminent danger That then must be (Proven) 4 Are no longer Allegates As then Any Prisoner who overcomes Government Rebuttles should then Have Already Won His suit. As He is then Proving All facts claimed in His suit. 4 Therefore. its Not legal or logical For the Court to Consider Government Rebuttles when decieding if A Prisoners Allegations state An imminent danger. 4 Therefore Gorbey (Tsunami: Khan) Has clearly satisfy §1915 (g) overwhelmingly in this case. see Also Exh (19) good Time Data sheet.

## Relief sought

(1) I Tsunami Khan (Chief) owl Feather-Gorbey seek Remand to Dist. Ct. For Further Proceedings on the merits of my suit with An order granting me leave to Proceed IFP $1915 (g) on (Both) my glaucoma 4 Physical Assault Failure to protect 4 Denial of marijuana 4 medical issues.

(2) I (chief) owl Feather-Gorbey (Tsunami Khan) seek oral Arguments necessary to Adeacuately defend my Appeal & seek An order to be brought to Court to Personally Defend my Appeal, As Amicus Attorneys Are <u>Not</u> (my) lawyers! & cannot stand in on my behalf.!"

Tsunami Khan
(chief) Cd. michael s. owl Feather -Gorbey
Northern Rock-Tree Manauk-Monacan
cheromanche - Iroquious - manaukishone Nation
Native America

<u>Reply to.</u>

michael s. Gorbey
33405-013
USP Coleman 1 PC Box 1033
Coleman. Florida 33521

<u>Certificate of service</u>

I Gorbey Certify 9-16-23 I sent A Copy by 1st class U.S. Mail to U.S. Att. off. 601 D. st N.W. washington. D.C. 20530

Tsunami Khan
(chief) owl feather -Gorbey
33405-013

Declaration of Mailing 8/746 436 21

I Gorbey declare 9-16-23 I depost This Brief.
Appendix + Exttibits in usp Coleman 1 internal mail
system 1st class U.S. mail to clerk US App. ct. DC.
Cir. 333 constitution Ave. N.W. Washington DC. 2000 1

Tscnami Khan
(chieg) owl Feather - Gorbey

Appendix

Extribit (1)    May 28, 19 L-eye single Eye scan 65% Damage.
Extribit 2    May 28, 19 R-eye single Eye scan 15% Damage
Extribit (3)    Consint form for threaitpel shunt Procedure.
Extribit (4)    5-27-20 Report for snuff-out-syndrome
Extribit (5)    2-7-20 L-eye single Eye scan 85% Damage Progressing
Extribit (6)    2-7-20 R-eye single Eye scan 35% Damage Progressing
Extribit (?)    10-2-20 Report MRI Failure, no Help From Pills or Drops.
Extribit (8)    9-1-22 L-eye 30 wide (ti) glaucoma Report
Extribit (9)    9-1-22-R-eye 30 wide (ti) glaucoma Report
Extribit (10)    9-1-22 L-eye 30 wide Glaucoma Report VF test (Hood Report)
Extribit (11)    9-1-22 R-eye 30 wide Glaucoma Report VF test (Hood Report)
Extribit (12)    11-16-22 optometry Report by DR. Tehy. (urgent care)
Extribit (13)    11-16-22 optometry Report (by DR. Tohy (urgent care)
Extribit (14)    9-11-22 Report RN. D. Heinsen serious Head injuries c. wash
Extribit (15)    9-11-22 Report RN D. Heinsen serious Head injuries 11-22-22 Report
Extribit (16)    7-13-22 physical therapy Report Lynnette Jones
Extribit (17)    9-7-23 declaration b. ip[male] Jr wind field 90809-085
Extribit (18)    2-27-23 48-8-23 certified mail Receipt  2-22-0410-000-6632-0355  2-22-0410-000-6632-1382
Extribit (19)  Good time data sheet  Tscnami Khan (chieg) owl feather-Gorbey

Attachment A

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

To best of my Knowledge

Executed at _USP Coleman | Fla_ on _9-16-23_
          (Location)             (Date)

Tsunami Khan
(Chief) owl Feather - Garber
Your Signature

① Totality of the Events & Pattern of Misconducts
Wilson vs. Seiter 501 US 294 (1991)
Palmer vs. Johnson. 193 F3d 346 (5th cir. 1999)
Martin vs. Shelton 319 F3d 1048. 1049 (8th cir. 2003)
William vs. Paramo 775 F3d 1183. 1190 (9th cir. 2015)
Charris vs. Chappius 618 F3d. 162.170 (2nd cir. 2010)

② Liberally Construe & Accept as true Prisoner Pleadings
without Government Rebuttal.
Asemani vs. US. 797 F3d 1069 (D.C. cir 2015)
Alam vs. Miller Brewing Co. 709 F3d. 662-665-66 (7th cir. 2013)
Ashcroft vs. Iqbal 556 U.S. 662. 678 (2009 (Quoting)
Twombly 550 U.S. at 570
Erickson vs. Pardus 551 US. 89. 94 (2007)
Haines vs. Kerner 404 U.S. 519 (1972)

14-1/13-T ④ G.2 san-goo
Director Project of Authority

ON 10-26-22 D.C. superior court Judge Wingo in Compassionate Release Proceedings 2008-CF2-1552 found Gorbey's glaucoma to qualify As A Debilitating serious medical condition for which He will Not Recover (citing) United States vs. Givens, 2003 FEl 000497 (DC super. ct Jan. 14, 2022)

28 USC § 1746

I Tsunami Kttan-Gorbey declare 9-16-23 the facts Here True & Correct to the best of my Knowledge

Tsunami Kttan
(Chief) Col. Michael S. owl Feather-Gorbey
Northern Rock-Tree Manauk-Monacan
cheromanche-Iroquious-Manaukishone Nation
Native America

Michael S. Gorbey
33405-013
USP Coleman 1  Po Box 1033
Coleman, Florida  33521

Filed 09/26/2023

Document #2019291

2-5251

Michael S. Gorbey
33405-013
Federal Correctional Complex (Pen 1)
United States Prison
PO Box 1033
Coleman, Florida
33521

(Legal-special mail)

(open only in presence of
Gorbey or the D.C. US App)
Court clerk

Clerk of Court
U.S. Court of Appeals
D.C. Circuit
333 Constitution Ave. N.W.
Washington. D.C. 20001

**F.C.C. COLEMAN**
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS
PROCESSED THROUGH SPECIAL
MAILING. THE LETTER HAS BEEN
NEITHER OPENED OR INSPECTED.
IF THE WRITER RAISES A QUESTION
OR A PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MAIL
FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE
FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE
ADDRESSEE.

DATE          MAIL ROOM STAFF

RECEIVED

SEP 20 REC'D

*legal special mail*