UNITED STATES COURT OF APPEALS
for the District of Columbia Circuit

CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED
BY THE AMERICAN BAR ASSOCIATION

RE:   <u>Alexis R. Casanas, Georgetown University Law Center</u>
Name of Student and Law School

MAY IT PLEASE THE COURT:

I, William Treanor, Dean of the Georgetown University Law Center, which was approved by the American Bar Association in 1924 do hereby certify that Alexis R. Casanas, whose signature appears hereon, is of good character and competent legal ability, and having complied with the requirements of Rule 46(g)(1) through (6) is adequately trained to perform as a legal intern.

_____/s/ William M. Treanor_____

STATEMENT OF LAW STUDENT

I, Alexis R. Casanas, do hereby state that I read and understand the provisions of Rule 46(g)(1) through (6), as amended, of the General Rules of the United States Court of Appeals for the District of Columbia Circuit and that I will fully comply with all of the provisions thereof.

_____/s/ Alexis R. Casanas_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

AGREEMENT OF SUPERVISION

_____

I, Erica J. Hashimoto, agree to act as a supervising attorney for, and to supervise the work of, Alexis R. Casanas, in Appeal No. 22-5251, Tsunami Khan, also known as Michael S. Owlfeather-Gorbey v. Avery, Capt., USP Thompson, et al., in the United States Court of Appeals for the District of Columbia Circuit.

_____
ERICA J. HASHIMOTO
Director
Appellate Litigation Clinical Program
Georgetown University Law Center
111 F Street, N.W., Suite 306
Washington, D.C. 20001-2095
(202) 662-9555

October 2, 2023
Date