# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-5251    September Term, 2023

1:22-cv-02193-UNA

Filed On: April 29, 2024 [2051855]

Michael S. Owlfeather-Gorbey, a/k/a Tsunami Khan,

    Appellant

    v.

Avery, Capt, USP Thompson, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 13, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Appointed Amicus Curiae for Appellant | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Wilkins and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 1, 2024.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)